IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRY HARDAGE,                              Case No. 6:11-cv-6206-AA

        Plaintiff,                      OPINION AND ORDER

    v.

ANGIE (COOL) BORIGO, et al.,

        Defendants.

AIKEN, Chief Judge:

    Plaintiff filed suit under 42 U.S.C. § 1983, alleging violations of his and his children's federal constitutional rights. Specifically, plaintiff alleges that certain individual defendants initiated and fabricated a child abuse complaint alleging physical abuse and threat of harm that ultimately led to the seizure of plaintiff's child at school and an examination of two of his children for sexual abuse.

    On February 29, 2012, plaintiff moved to voluntarily dismiss his claims against defendants Loosli, Hagen, Hunter and Jenkins. On

1   - ORDER

April 3, 2012, plaintiff moved for an "order dismissing the above entitled action without prejudice as to each and all defendants therein." Defendants have filed no responses to plaintiff's motions, and the court considers the motions unopposed.

Accordingly, plaintiff's motions to dismiss (docs. 62, 69) are GRANTED, and all pending motions (docs. 34, 52, 53, 54, 57, 67) are DENIED as moot. Plaintiff's claims against all remaining defendants are HEREBY DISMISSED without prejudice. The Clerk is directed to enter Judgment accordingly.

IT IS SO ORDERED.

Dated this __19__ day of April, 2012.

_____
Ann Aiken
United States District Judge

2    - ORDER